# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

MELINDA FULOP SOWIZRAL, et al.,

    Plaintiffs,

v.

TRIPLE A IN THE USA, INC., et al.,

    Defendants.

Case No. 2:06-cv-494
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Mark R. Abel

## ORDER

This matter is before the Court on the joint motion for voluntary dismissal of the last remaining defendant in this action, Foster Wheeler, LLC. (Doc. No. 121.) That motion is hereby **GRANTED**. The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

_5-24-2012_
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE